**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/19/15

**Bloomberg**

February 12, 2015

VIA HAND DELIVERY

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  *Jackson, et. al v. Bloomberg L.P.*, 13-cv-2001 (JPO-GWG)

Dear Judge Oetken:

Until recently, I was a member of Willkie Farr & Gallagher LLP ("Willkie"), attorneys for
Defendant Bloomberg L.P. ("Bloomberg") in the above-referenced action.  Effective
December 31, 2014, I withdrew from Willkie to become in-house counsel for Bloomberg.  I
therefore respectfully request that I be removed as an attorney of record in the above-referenced
case.  Willkie will continue to represent Bloomberg in this matter.

I appreciate the Court's consideration of this request.

Respectfully submitted,

Thomas H. Golden

Granted.

SO ORDERED:   DATE: 2/19/15

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

cc:   All counsel (via e-mail)
      United States Magistrate Judge Gabriel W. Gorenstein (via Hand Delivery)