UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAVEZ JACKSON, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

BLOOMBERG L.P.,

Defendant.

Civil Action No. 13-cv-02001(JPO)(GWG)

## AMENDED FINAL JUDGMENT

WHEREAS, on April 5, 2016, this Court granted preliminary approval of a settlement of this action (the "Preliminary Approval Order") (ECF No. 113), as embodied in the Settlement Agreement and Release (the "Settlement Agreement") (ECF No. 112-1);

WHEREAS, on July 14, 2016, the Court entered its Final Approval Order, granting final approval of the settlement. In the Final Approval Order, the Court found that the settlement is fair, reasonable, and adequate as to the Class Members (as defined in the Settlement Agreement);

WHEREAS, the Court has found that the Notices sent to Class Members (as defined in the Settlement Agreement) fairly and adequately informed them of the terms of the settlement, were consistent with Federal Rule of Civil Procedure 23, 29 U.S.C. § 216(b), and due process, and were given in the manner prescribed by the Settlement Agreement and the Court's Preliminary Approval Order;

WHEREAS, on July 14, 2016, the Court entered Final Judgment dismissing the case with prejudice in accordance with the terms of the Settlement Agreement and the Final Approval Order;

WHEREAS, on July 27, 2016, the parties informed the Court of two Class Members who timely opted out and did not include telephone numbers on the request to be excluded from the settlement; but who the parties agree are Non-Participating Class Members:

This Court hereby enters its amended final judgment in this case, and dismisses it with prejudice in accordance with the terms of the Settlement Agreement and the Final Approval Order. As to all Class Members (as defined in the Settlement Agreement) who did not timely and properly opt out, Named Plaintiff Shavez Jackson, and all FLSA Opt-Ins (as defined in the Settlement Agreement), the Court dismisses the matter with prejudice, in accordance with the terms of the Settlement Agreement, the Final Approval Order, and the Preliminary Approval Order.

The Court hereby approves the requests to be excluded from the settlement made by the individuals listed on Exhibit A to this judgment.

The Court hereby permanently enjoins and restrains all Class Members (as defined in the Settlement Agreement) who did not timely and properly opt out, Plaintiff Jackson, and all FLSA Opt-Ins (as defined in the Settlement Agreement) from asserting any and all claims that were released pursuant to the Settlement Agreement and the Final Approval Order.

Without affecting the finality of this Final Judgment in any way, the Court reserves exclusive and continuing jurisdiction over this action, Plaintiff Jackson, all Class Members (as defined in the Settlement Agreement) who did not timely and properly opt out, all FLSA Opt-Ins (as defined in the Settlement Agreement), and the Defendant for the purposes of supervising the implementation, enforcement, construction, and interpretation of the Settlement Agreement, the Preliminary Approval Order, the Final Approval Order, and this Final Judgment.

DATED: July 28, 2016

J. PAUL OETKEN
United States District Judge

## AMENDED Exhibit A: *Jackson v. Bloomberg* Class Opt-Outs

### Class Members Who Opted-Out from the Action Prior to Settlement Notice:

Jennifer Berry
Jeffrey Binder
Lindsey Bleier
Amber Brookmire
William H. Davis
Simon Flynn
Jonathan Fuss
Jacqueline Garyn
Ashok Jeyapaul
Jennie Persson Edin
Julita Piela
Cono Sanseverino
Danielle Shannon
Francisco Silva
Emily Starkey
Sarah Steinberg (Quinn)
Joshua Yadegari

### Class Members Who Submitted an Opt-Out Form as Specified in the Settlement Notice to Opt-Out from the Settlement:

Jennifer Mulroe
Courtney Reagan